

# AMENDED COMPLAINT
(for filers who are prisoners without lawyers)

CLERK USDC EDWI
FILED

2023 DEC 26 P 3:16

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

JAMAL D. JONES

v.

(Full name of defendant(s))

T. Foley, Chan-Viramontes, Irby, Ward, Hodges, Fisher, Madden and Howard

Case Number:

22-CV-694-PP

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
(State)

__Wisconsin Secure Program Facility P.O. Box 1000 Boscobel, WI 53805__
(Address of prison or jail)

2. Defendant T. Foley, Chan-Viramontes, Irby, Ward, Hodges, Fisher, Madden and Howard
(Name)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

Amended Complaint – 1

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Milwaukee county Jail _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The defendants here and other defendants who names that was refused to me violated my right's by coming into work 1 to 2 hours late sometime's not coming in at all stoping me from getting my proper dayroom hour's this will happen everyday I would be lucky to get 3 to 4 hour's on the weekend. Almost everyweekend we will be in our room all day. My whole time in milwaukee county Jail everyday with no outside the windows at the Jail had a covering that kept Sun light out. Almost everyday I would recive Mass punishment for someone else wrong doing. I would locked in my

my cell with no dayroom no phone to talk to my family no nothing because someone else wrong doing. I was locked in my cell for a minor for twenty-four hours for telling a staff to stop talking to me. I did not say it rude or disrespectful I just told him stop talking to me how he was talking to me. It's not what you say even though their is no other way to say shut up more wrongly the shut the F up and get to class. I turned and said what? and I ask again what did you just say to me? He ask me do I want a lock-in. I said you gone lock me in cause you cursed at me I said "Bro" stop talking to me and walked off into my class before things got worst. I left class at 2:30 pm got to my cell and was told I had a lock-in I was lock in my cell tell 3:30pm on the 27th with no shower that's more then twenty-four hours locked in my cell with no shower. I asked who was responsible the Jail staff refused to provide me any names of who was responsible. Also when staff come in late with they personal problems and other people yelling they make us wait longer to come out,

Do to me not being able to get out to do my Phxical therapy or get out to stretch my leg my Hip has been deteariting. I've had a hip replacement that was not cared for do to me not being out to do so. Their was day's no one came to work so we had to stay in the cell I couldn't do my phxical therapy. Phxical therapy is only ones every two to four week's apart.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff is different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I'm suing all Responsible in their official and personal/Individual Capacity. The Plaintiffs is suing for Physical, Mental, Emotional and Phychological demages as well as seeking one Million/ $1,000,000.00 in Compensatory, Nominal and punitive demages, Insunction to stop the defendants from violations to my Rights, Amongst Revealing the names of all the defendants and those responsible for Violating my Rights. Amongst other things, I have the Rights to Request.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☑ – YES   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __19th__ day of __December__ 20__23__.

   Respectfully Submitted,

   _Jamal Jones_
   Signature of Plaintiff

   _626439_
   Plaintiff's Prisoner ID Number

   _Wisconsin Secure Program Facility PO Box 1000_
   _Boscobel, WI 53805_
   (Mailing Address of Plaintiff)

Amended Complaint – 5